IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>Kelley O'Brien                                )<br>    Defendant                              )<br>_____ ) | Criminal No. 1:21-MJ-00561 |

<u>APPEARANCE OF COUNSEL</u>

Please note the appearance of Gregory T. Hunter, Esquire, as Counsel for the Defendant in the aforementioned case.

                                                                                         Respectfully Submitted,

                                                                    _____/S/_____
                                                                    Gregory T. Hunter
                                                                    Virginia State Bar Number 45489
                                                                    Attorney for the Defendant
                                                                    2007 North 15th Street
                                                                    Suite 201
                                                                    Arlington, Virginia 22201
                                                                    (703) 966-7226 telephone
                                                                    (703) 527-0810 facsimile
                                                                    greghunter@mail.com

CERTIFICATE OF SERVICE

I certify that on the 30th day of August, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/S/_____
Gregory T. Hunter
Virginia State Bar Number 45489
Attorney for the Defendant
2007 North 15th Street
Suite 201
Arlington, Virginia 22201
(703) 966-7226 telephone
(703) 527-0810 facsimile
greghunter@mail.com