AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00561 |
| | ) Assigned to: Judge Harvey, G. Michael |
| Kelley O'Brien | ) Assign Date: 8/12/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or
Grounds); 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or
Grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F) (Engaging in Physical Violence in the Ground or Capitol Building);

Digitally signed by
G. Michael Harvey
Date: 2021.08.12
11:23:48 -04'00'

Date:     08/12/2021
_____

_____
*Issuing officer's signature*

City and state:     Washington, D.C.
_____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/12/2021 , and the person was arrested on *(date)* 8/18/2021 |
| at *(city and state)* Allentown, PA . |
| Date: 8/24/2021     _____  *Arresting officer's signature* |
| Sean Ahearn, FBI Special Agent  *Printed name and title* |