UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-00633 (RCL) |
| v. | : | |
| | : | |
| KELLY O'BRIEN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1), the government hereby gives notice of the following video exhibits, which have been provided to the Court and all counsel in support of the Government's Sentencing Memorandum (ECF No. 30).  The exhibits are as follows:

### GOV'T EXHIBIT 1

*Type:*  Video
*File Type:*  .3gp
*Length:*  44 seconds
*Description:*  Defendant's video outside of the Capitol, in which defendant is heard speaking.

### GOV'T EXHIBIT 2

*Type:*  Video
*File Type:*  .mp4
*Length:*  37 seconds
*Description:*  Defendant's video on the Capitol grounds.

### GOV'T EXHIBIT 3

*Type:*  Video
*File Type:*  .MOV
*Length:*  1 minute 3 seconds
*Description:*  Video of defendant's Facebook video under the scaffolding on Capitol grounds, in which defendant is heard speaking.

1

## GOV'T EXHIBIT 4

*Type:*          Video
*File Type:*     .mp4
*Length:*        1 minute 25 seconds
*Description:*   Video depicting defendant outside and inside of Speaker Pelosi's office suite.

## GOV'T EXHIBIT 5

*Type:*          Video
*File Type:*     .mp4
*Length:*        1 minute 35 seconds
*Description:*   Video depicting a rioter holding then breaking Speaker Pelosi's office suite sign. Defendant is also seen in the video with said rioter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:      /s/ Maria Fedor
         MARIA Y. FEDOR
         Attorney, detailed to the
         United States Attorney's Office for the
         District of Columbia
         D.C. Bar No. 985823
         555 Fourth Street, N.W.
         Washington, DC 20530
         Maria.Fedor@usdoj.gov

## CERTIFICATE OF SERVICE

On this 29th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By: /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
D.C. Bar No. 985823
Attorney, detailed to
United States Attorney's Office
for the District of Columbia
Maria.Fedor@usdoj.gov