

**COUNTY OF NORTHAMPTON
DEPARTMENT OF CORRECTIONS
COUNTY PRISON**

Intake/ Records Division

**666 Walnut Street
Easton, PA 18042
(610) 829-7420
FAX (610) 252-4082**

## FAX COVER PAGE

TO:   Attorney Gregory Hunter

FROM:   Northampton County Department of Corrections

RE:   Kelly Ann McFadden

DATE:   3/29/2022

NUMBER OF PAGES TO FOLLOW:   1

COMMENTS:   If you have questions, please call.

---

**CONFIDENTIALITY NOTE:** The documents accompanying this facsimile transmission contain information that is confidential and privileged and is intended only for the use of the addressee designated below. If you are not the intended recipient, you are hereby notified that disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you receive this facsimile in error, please notify the Northampton County Department of Corrections immediately at (610) 829-7420 and return the original message to our office by mail.



# COUNTY OF NORTHAMPTON

## DEPARTMENT OF CORRECTIONS

666 WALNUT STREET
EASTON, PENNSYLVANIA 18042
Telephone: (610) 829-7401
Fax: (610) 923-4431

**James C. Kostura**
DIRECTOR OF CORRECTIONS

March 29th 2022

Attorney Gregory T. Hunter

RE:   Commonwealth of Pennsylvania vs. Kelly Ann McFadden
      CP-48-CR-0003885-2011
      CP-48-CR-0000359-2012

Attorney Hunter,

     I received your letter in reference to the above inmate and cases. As we discussed on the phone Ms. McFadden was sentenced on both cases on 4/20/2012. She was sentenced on Case # 359-2012 to serve 2 Days to 6 Months and on Case # 3885-2011 she was sentenced to serve 3 Days to 6 Months to run consecutively to Case # 359-2012 to have a total minimum of 5 Days with a maximum of 12 Months. She was ordered to commence her sentence on 4/30/2012. She reported to Northampton County Prison on 4/30/2012 as ordered. She did her 5 Day minimum and was released on "auto-parole" 5/5/2012.

Respectfully,

Franklin Longenbach
Records Department - Intake Administrator

RM/mw
NCP Form No. NCP-243